FILED
01/07/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: **United States District Court** | District: **Southern District of Indiana** |
|---|---|
| Name: Ramar Daniels | Docket or Case No.: |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 104542 |
| Name of Petitioner:<br><br>Ramar Daniels       v. | Name of Respondent (Superintendent having custody of petitioner):<br><br>Dennis Regal |
| The Attorney General of the State of: Indiana | |

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: 10/18/21 and 10/18/21

3. Sanction(s) imposed: 180 days earn credit time lost, 180 days segregation, and credit class demotion for each staff person separately. Two years segregation time and changing his E.P.R.D to 4/23/2029.

4. Nature of all infractions (rule violations) involved: A-117 Staff assault on 3 staff persons at the same time same incident cases# ISR21-09-0063, 64, and 65

5. What was your plea? (Check one)
   (a) Not Guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendre  ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
   (a) Hearing Officer  ☑
   (b) Full Hearing  ☐
   (c) Other Specify  ☐ _____

7. Did you testify at the disciplinary hearing?  ☐ Yes  ☐ No

8. Did you appeal the decision of guilt and imposition of sanctions?  ☑ Yes  ☐ No

9. If you did appeal, answer the following:

   (a) Name and title of institutional reviewing authority: Arron Smith/Asst. Warden
   (b) Result of appeal: ▮▮▮▮▮/Refused to respond to appeal
   (c) Date of result: ▮▮▮▮▮▮▮▮▮
   (d) Grounds raised: Insufficient Evidence, Due process

   (e) If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

      (i) Name and title of higher reviewing authority: Elise Gallagher
      (ii) Result of higher appeal: Refused to address appeals
      (iii) Date of result: 12/8/21
      (iv) Grounds raised: Insufficient Evidence, Due process

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," please give the following information:

    (1) Name of court: Southern federal District Court case# 1:21-cv-02632-SEB-TAB
    (2) Nature of proceeding: 1983 Civil Complaint
    (3) Grounds raised: Excessive Force and false assault charges

    (4) Did you receive an evidentiary hearing on your petition, motion or application?
        ☐ Yes  ☑ No

    (5) Result: Still being litigated

D-9 (rev. 07/09/14)

(6) Date of result:_____

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?    ☐ Yes    ☐ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: Insufficient Evidence

_____
_____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): There is no evidence that Daniels knowingly or intentionally touch another person for one, two there was no injuries that could be seen or otherwise, three Daniels was secretly druged by an offender who was helping officers attempt to kill him, four the video report don't show what the video itself show cause Daniels did not hit anyone, Five, Daniels was being shot with a taser gun at the time of the allege assaults and his body was involuntary moving from the votage. Daniels had been rushed to medical because he was having trouble breathing because he had been druged and while at medical

officers tasered him "multiple officers" tasered him causing involuntary movement for 1ˢᵗ and 2ⁿᵈ officers was not touched or hit at all or intentionally or knowingly which is the elements that has to be proven in order to make a guilty finding. Also, Daniels was shot more times with the taser gun then the reports allege. Reports make it seem as if Daniels was shot two times, when he was shot more then two times and video show it.

B. Ground Two: Due Process violations

Supporting FACTS (state *briefly* without citing cases or law): Hearing officer raped Daniels and prison staff help cover it up and hearing officer Miller has been using the disciplinary process to retaliate against him ever since. Hearing officer lied on video report claiming footage show Daniels knowingly or intentionally assaulting staff but the video footage don't show that at all. Hearing officer also refused to allow Daniels to see this exculpatory evidence of his innocence.

C. Ground Three: Due Process violation

Supporting FACTS (state *briefly* without citing cases or law): Daniels was denied the findings of facts in this case, the incident reports, use of force reports, and medical attention all in a attempt to keep Daniels from presenting his defense and showing officers lied and stated different facts or rather different statements in different reports as to what they "claim" happen. The staff at this facility is simply trying to keep Daniels in prison and in segregation for as long as possible and the Indiana Department of Correction is aware of this fact and has not disciplined their officers in the past when they was found to have falsified evidence and still have not done so in this case.

D-9 (rev. 07/09/14)

D. Ground Four: Due Process

Supporting FACTS (state *briefly* without citing cases or law): Daniels filed an appeal in these cases to the facility head on time and had caseworker Tanya Ashby sign a request state form as proof, see attached, he was not given any response to said appeals in over 30 days. He wrote the (warden) Dennis Regal ] Arron Smith (appeal review officer) but neither one responded to his inquiry about the status of his appeals. Daniels appealed further to a higher authority explaining that his appeals was not being responded to at the facility level because facility staff was attempting to hide the fact that Daniels was drugged by offender Gerrod Pointer Doc#266583, assaulted by staff and retaliated against by hearing officer Johon A. Miller who raped Daniels in the past and facility helped cover it up. Elise Gallagher deregarded these facts and told Daniels file a first level appeal which again he already done so. See attached state forms 36935 (R14-91) and Response from Elise Gallagher.

13. If any of the grounds listed in ¶ 12A, B, C and/or D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them:

D-9 (rev. 07/09/14)

_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☐ Yes   ☑ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing: __Eriberto Quiroz_____

b. Institutional level appeal: __N/A_____

c. Higher level appeal: __N/A_____

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

_Ramar Daniels_
(signature)

_Ramar Daniels_
(name, printed)
Petitioner / *Pro se*

D-9 (rev. 07/09/14)

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 16 day of DEC, 2021.

Ramar Daniels
(signature)

Ramar Daniels
(name, printed)
Petitioner / *Pro se*

IDOC # 104542
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001