UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RA'MAR DANIELS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:22-cv-00090-JRS-MJD ) |
| SUPERINTENDENT OF PENDLETON CORRECTIONAL FACILITY, | ) ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Ra'Mar Daniels.

Mr. Daniels' petition for writ of habeas corpus is **DENIED** and the action is **DISMISSED with prejudice**.

Date: 9/19/2022

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

RA'MAR DANIELS, 104542
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

David A. Arthur
INDIANA ATTORNEY GENERAL
David.Arthur@atg.in.gov